# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOUTH32 SA INVESTMENTS LIMITED,<br><br>　　　　　　　　Petitioner,<br><br>　　v.<br><br>REPUBLIC OF COLOMBIA,<br><br>　　　　　　　　Respondent. | Civil Action No. \_\_\_\_ |

# [PROPOSED] ORDER

This matter is before the Court on the Petition to Recognize and Enforce an ICSID Arbitration Award ("Petition") of South32 SA Investments Limited ("Petitioner") for an order recognizing and enforcing an arbitration award rendered on June 21, 2024 and rectified on January 29, 2025 (the "Award") in the arbitration between Petitioner and the Republic of Colombia ("Respondent") conducted under the rules of the International Centre for the Settlement of Investment Disputes ("ICSID") in ICSID Case No. ARB/20/9, captioned *South32 SA Investments Limited v. Republic of Colombia*. Upon review of the Petition and the entire record in this case, it is hereby:

**ORDERED** that the Petition is granted; and it is further

**ORDERED** that the Award is recognized and enforced pursuant to 22 U.S.C. § 1650a; and it is further

**ORDERED** that, in accordance with the Award, Respondent will indemnify Petitioner against any future damages caused by the enforcement of the Measures in Breach as required by

¶ 887(3) of the Award, as rectified by ¶ 101 of the Decision on Request for Rectification, and pay interest on any future damages as required by ¶ 887(7) of the Award; and it is further

**ORDERED** that, in accordance with the Award, judgment is entered in Petitioner's favor against Respondent in the amount of the remaining unpaid value of the Award, *i.e.*, (i) damages awarded by the Tribunal in the amount of $3,890,050; (ii) costs awarded by the Tribunal in the amount of $5,005,000; (iii) ongoing interest as provided by the Tribunal, accruing until the date of judgment; and (iv) post-judgment interest at the statutory rate set forth in 28 U.S.C. § 1961; and it is further

**ORDERED** that Respondent will bear the costs of this proceeding; that Petitioner shall submit a motion with supporting documentation establishing its costs for this proceeding within twenty-one (21) days of this Order; and that Respondent shall respond to Petitioners' cost submission within fourteen (14) days after it is filed.

Dated: _____, 2025

_____
United States District Judge